# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **PATRICIA A. REED,** | § | |
| | § | |
| **PLAINTIFF,** | § | **CIVIL ACTION NO. 4:15-CV-00278** |
| | § | |
| **V.** | § | |
| | § | **JURY** |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| **DEFENDANT.** | § | |

## ADVISORY TO THE COURT OF SETTLEMENT

Plaintiff Patricia A. Reed and Defendant State Farm Lloyds have reached a settlement in this matter.  Plaintiff and Defendant intend to submit a joint stipulation of dismissal with prejudice within 60 days.

Respectfully submitted,

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.:  24029862
Scott L. Rogers
State Bar No.:  24064369

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email:  slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of June, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Bill L. Voss
Scott G. Hunziker
Clayton Hardin
THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson